1  PENELOPE A. PREOVOLOS (BAR NO. 87607)
   PPreovolos@mofo.com
2  TIFFANY CHEUNG (BAR NO. 211497)
   TCheung@mofo.com
3  SUZANNA P. BRICKMAN (BAR NO. 250891)
   SBrickman@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:   415.268.7000
6  Facsimile:   415.268.7522

7  *Attorneys for Defendant*
   APPLE INC.
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | PHOEBE JUEL, an individual and on behalf of all others similarly situated, | Case No. 5:12-cv-03124-LHK |
|---|---|
14 |                         Plaintiffs, | **CLASS ACTION** |
15 |        v. | |
16 | APPLE INC., | **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT** |
17 |                         Defendant. | |
18 | | Judge:  Hon. Lucy H. Koh |
19 | | Related Case: |
20 | | *Robert Herskowitz v. Apple Inc.* Case No. 5:12-cv-02131-LHK |

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT
5:12-cv-03124-LHK
sf-3176178

Defendant Apple Inc. seeks an order, pursuant to Local Rule 6-3, enlarging its time to respond to the complaints in the following two related cases:

- *Herskowitz v. Apple Inc.*, No. 5:12-cv-02131-LHK (N.D. Cal.)
- *Juel v. Apple Inc.*, No. 5:12-cv-03124-LHK (N.D. Cal.)

Having considered all the papers filed by the parties in connection with Apple's Motion to Enlarge Time to Respond, the Court hereby GRANTS Apple's Motions. Apple's response to the complaints in the *Herskowitz* and *Juel* actions will be due 20 days after a consolidated complaint is filed or 20 days after any denial of Apple's motion to consolidate these related cases.

**IT IS SO ORDERED.**

DATED: __August 6_____, 2012

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge