# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HERSKOWITZ, ) | Case No.: 5:12-CV-02131-HRL |
| Plaintiff, ) ) | **[Proposed]** ORDER GRANTING APPLICATION FOR ADMISSION OF |
| vs. ) ) | ATTORNEY *PRO HAC VICE* |
| APPLE, Inc. ) ) | |
| Defendant ) ) | |

JAY DOUGLAS DEAN, whose business address and telephone number is: Pomerantz Grossman Hufford Dahlstrom & Gross, LLP, located at 600 Third Avenue, New York, New York 10016, and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Robert Herskowitz.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 24, 2012

*Lucy H. Koh*
United States District Judge

{00056297;1}  -  1