# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HERSKOWITZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>APPLE, Inc.<br><br>　　　　Defendant | Case No.: 5:12-CV-02131-HRL<br><br>**[Proposed]** ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

ROBERT J. AXELROD, whose business address and telephone number is: Pomerantz Grossman Hufford Dahlstrom & Gross, LLP, located at 600 Third Avenue, New York, New York 10016, and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Robert Herskowitz.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  August 24, 2012

　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　United States District Judge

{00056240;1 }　　　　-　　　　1