| | |
|---|---|
| PENELOPE A. PREOVOLOS (SBN 87607)<br>PPreovolos@mofo.com<br>TIFFANY CHEUNG (SBN 211497)<br>TCheung@mofo.com<br>SUZANNA P. BRICKMAN (SBN 250891)<br>SBrickman@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:     415.268.7000<br>Facsimile:     415.268.7522<br><br>*Attorneys for Defendant*<br>APPLE INC. | JOSEPH J. TABACCO, JR. (SBN 75484)<br>jtabacco@bermandevalerio.com<br>CHRISTOPHER T. HEFFELFINGER (SBN 118058)<br>cheffelfinger@bermandevalerio.com<br>ANTHONY D. PHILLIPS (SBN 259688)<br>aphillips@bermandevalerio.com<br>BERMAN DEVALERIO<br>One California Street, Suite 900<br>San Francisco, California 94111<br>Telephone:     415.433.3200<br>Facsimile:     415.433.6382<br><br>*Liaison Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HERSKOWITZ, et al.,<br><br>PHOEBE JUEL, et al.<br>                Plaintiffs,<br>   v.<br>APPLE INC.,<br>                Defendant. | No. 5:12-cv-02131-LHK<br>No. 5:12-cv-03124-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING OF APPLE'S MOTION TO DISMISS FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

1 | Pursuant to Northern District Rules 6.1 and 6.2, the parties, by and through their
2 | respective attorneys, stipulate as follows:
3 | WHEREAS, plaintiffs filed their First Amended Consolidated Class Action Complaint
4 | ("FAC") on November 21, 2012;
5 | WHEREAS, Apple filed a motion to dismiss the FAC on December 11, 2012;
6 | WHEREAS, plaintiffs' current deadline to oppose Apple's motion to dismiss is December
7 | 26, 2012, and Apple's current deadline to reply is January 2, 2013;
8 | WHEREAS, Apple noticed its motion for April 11, 2013, the first available hearing date
9 | on the Court's calendar;
10 | WHEREAS, the parties have conferred regarding scheduling conflicts, including the
11 | upcoming holidays, and have agreed to extend plaintiffs' time to oppose Apple's motion to
12 | dismiss and Apple's time to reply;
13 | WHEREAS, the stipulated extension will not alter the date of any event or deadline
14 | already fixed by the Court;
15 | NOW THEREFORE, the parties stipulate as follows:
16 | 1. Plaintiffs' opposition to the Motion shall be filed on or before February 19, 2013.
17 | 2. Apple's reply in support of the Motion shall be filed on or before March 21, 2013.

Respectfully Submitted,

Dated: December 19, 2012

**MORRISON & FOERSTER LLP**
*Attorneys for Defendant*
APPLE INC.

By:  /s/ Penelope A. Preovolos

Penelope A. Preovolos
PPreovolos@mofo.com
Tiffany Cheung, Esq.
TCheung@mofo.com
Suzanna P. Brickman, Esq.
SBrickman@mofo.com
San Francisco, California  94105
Telephone:  415.268.7000
Facsimile:  415.268.7522

| | |
|---|---|
| 1  Dated:  December 19, 2012 | **BERMAN DEVALERIO** |
| | *Liaison Counsel for Plaintiffs* |

Dated:  December 19, 2012       **BERMAN DEVALERIO**
                                *Liaison Counsel for Plaintiffs*

By:  /s/ Joseph J. Tabacco, Jr.

Joseph J. Tabacco, Jr., Esq.
jtabacco@bermandevalerio.com
Anthony D. Phillips
aphillips@bermandevalerio.com
One California St., Suite 900
San Francisco, California  94111
Telephone:  415.433.3200
Facsimile:  415.433.6382

Robert J. Axelrod, Esq.
rjaxelrod@pomlaw.com
**POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP**
600 Third Avenue
New York, New York  10016
Telephone:  212.661.1100
Facsimile:  212.661.1373

Judd B. Grossman (*Pro Hac Vice*)
jgrossman@grossmanllp.com
**GROSSMAN LLP**
590 Madison Avenue, 18th Floor
New York, New York  10022
Telephone:  646.770.7445
Facsimile:  212.521.4044

PATRICK J. PEROTTI (*Pro Hac Vice*)
MICHAEL R. RUDICK (*Pro Hac Vice*)
**DWORKEN & BERNSTEIN CO., L.P.A.**
60 South Park Place
Painesville, Ohio 44077
Telephone:  (440) 352-3391
Facsimile:  (440) 352-3469

JOHN A. KITHAS
CHRIS D. LAND
**LAW OFFICES OF JOHN A. KITHAS**
One Embarcadero Center, Suite 1020
San Francisco, California 94111
Telephone:  (415) 788-8100
Facsimile:  (415) 788-8001

   I, Penelope A. Preovolos, whose efiling login and password are being used to electronically file this document, do hereby attest that concurrence has been obtained from each of the other Signatories to this document.

  /s/ Penelope A. Preovolos
Penelope A. Preovolos

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NOS. 5:12-CV-02131-LHK AND 5:12-CV-03124-LHK          2
sf-3230719

1       PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 Date: December 21, 2012

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NOS. 5:12-CV-02131-LHK AND 5:12-CV-03124-LHK
sf-3230719

3