PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
SUZANNA P. BRICKMAN (SBN 250891)
SBrickman@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

*Attorneys for Defendant*
APPLE INC.

JOSEPH J. TABACCO, JR. (SBN 75484)
jtabacco@bermandevalerio.com
CHRISTOPHER T. HEFFELFINGER (SBN 118058)
cheffelfinger@bermandevalerio.com
ANTHONY D. PHILLIPS (SBN 259688)
aphillips@bermandevalerio.com
BERMAN DEVALERIO
One California Street, Suite 900
San Francisco, California 94111
Telephone:  415.433.3200
Facsimile:   415.433.6382

*Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HERSKOWITZ, et al., <br><br> PHOEBE JUEL, et al. <br>                         Plaintiffs, <br>    v. <br> APPLE INC., <br>                         Defendant. | No. 5:12-cv-02131-LHK <br> No. 5:12-cv-03124-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING APPLE'S TIME TO RESPOND TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER REGARDING SAC
CASE NOS. 5:12-CV-02131-LHK AND 5:12-CV-03124-LHK
sf-3289014

1  Pursuant to Northern District Rules 6.1 and 6.2, the parties, by and through their
2  respective attorneys, stipulate as follows:
3  WHEREAS, plaintiffs filed their Second Amended Consolidated Class Action Complaint
4  ("SAC") on May 15, 2013;
5  WHEREAS, Apple's current deadline to respond to the SAC is May 29, 2013;
6  WHEREAS, the parties have conferred regarding scheduling conflicts, and have agreed to
7  extend Apple's time to respond to the SAC by 14 days, until June 12, 2013;
8  WHEREAS, this stipulated extension will not alter the date of any event or deadline
9  already fixed by the Court;
10  NOW THEREFORE, the parties stipulate that Apple's deadline to respond to the SAC
11  shall be June 12, 2013.

12  Respectfully Submitted,

13  Dated: May 23, 2013  **MORRISON & FOERSTER LLP**
*Attorneys for Defendant*
14  APPLE INC.

15

16  By: /s/ Penelope A. Preovolos

17  Penelope A. Preovolos
PPreovolos@mofo.com
Tiffany Cheung, Esq.
18  TCheung@mofo.com
Suzanna P. Brickman, Esq.
19  SBrickman@mofo.com
San Francisco, California  94105
20  Telephone: 415.268.7000
Facsimile: 415.268.7522
21

22  Dated:  May 23, 2013  **BERMAN DEVALERIO**
*Liaison Counsel for Plaintiffs*

23  By: /s/ Anthony D. Phillips

24  Joseph J. Tabacco, Jr., Esq.
jtabacco@bermandevalerio.com
25  Anthony D. Phillips
aphillips@bermandevalerio.com
26  One California St., Suite 900
San Francisco, California  94111
27  Telephone: 415.433.3200
Facsimile: 415.433.6382
28

Robert J. Axelrod, Esq.
rjaxelrod@pomlaw.com
**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
600 Third Avenue
New York, New York 10016
Telephone: 212.661.1100
Facsimile: 212.661.1373

Judd B. Grossman (*Pro Hac Vice*)
jgrossman@grossmanllp.com
**GROSSMAN LLP**
590 Madison Avenue, 18th Floor
New York, New York 10022
Telephone: 646.770.7445
Facsimile: 212.521.4044

PATRICK J. PEROTTI (*Pro Hac Vice*)
MICHAEL R. RUDICK (*Pro Hac Vice*)
**DWORKEN & BERNSTEIN CO., L.P.A.**
60 South Park Place
Painesville, Ohio 44077
Telephone: (440) 352-3391
Facsimile: (440) 352-3469

JOHN A. KITHAS
CHRIS D. LAND
**LAW OFFICES OF JOHN A. KITHAS**
One Embarcadero Center, Suite 1020
San Francisco, California 94111
Telephone: (415) 788-8100
Facsimile: (415) 788-8001

I, Penelope A. Preovolos, whose efiling login and password are being used to electronically file this document, do hereby attest that concurrence has been obtained from each of the other Signatories to this document.

 /s/ Penelope A. Preovolos
Penelope A. Preovolos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:

_____
Hon. Lucy H. Koh
United States District Judge
STIPULATION AND [PROPOSED] ORDER REGARDING SAC
CASE NOS. 5:12-CV-02131-LHK AND 5:12-CV-03124-LHK
sf-3289014

2