PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
SUZANNA P. BRICKMAN (SBN 250891)
SBrickman@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE INC.

JOSEPH J. TABACCO, JR. (SBN 75484)
jtabacco@bermandevalerio.com
CHRISTOPHER T. HEFFELFINGER (SBN 118058)
cheffelfinger@bermandevalerio.com
ANTHONY D. PHILLIPS (SBN 259688)
aphillips@bermandevalerio.com
BERMAN DEVALERIO
One California Street, Suite 900
San Francisco, California 94111
Telephone: 415.433.3200
Facsimile: 415.433.6382

*Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HERSKOWITZ, et al., | No. 5:12-cv-02131-LHK <br> No. 5:12-cv-03124-LHK |
| PHOEBE JUEL, et al. <br> Plaintiffs, <br> v. <br> APPLE INC., <br> Defendant. | **STIPULATION AND [PROPOSED] ORDER REGARDING APPLE'S TIME TO RESPOND TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

1 | Pursuant to Northern District Rules 6.1 and 6.2, the parties, by and through their
2 | respective attorneys, stipulate as follows:
3 | WHEREAS, plaintiffs filed their Second Amended Consolidated Class Action Complaint
4 | ("SAC") on May 15, 2013;
5 | WHEREAS, Apple's current deadline to respond to the SAC is May 29, 2013;
6 | WHEREAS, the parties have conferred regarding scheduling conflicts, and have agreed to
7 | extend Apple's time to respond to the SAC by 14 days, until June 12, 2013;
8 | WHEREAS, this stipulated extension will not alter the date of any event or deadline
9 | already fixed by the Court;
10 | NOW THEREFORE, the parties stipulate that Apple's deadline to respond to the SAC
11 | shall be June 12, 2013.

Respectfully Submitted,

Dated: May 23, 2013

**MORRISON & FOERSTER LLP**
*Attorneys for Defendant*
APPLE INC.

By: /s/ Penelope A. Preovolos

Penelope A. Preovolos
PPreovolos@mofo.com
Tiffany Cheung, Esq.
TCheung@mofo.com
Suzanna P. Brickman, Esq.
SBrickman@mofo.com
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

Dated: May 23, 2013

**BERMAN DEVALERIO**
*Liaison Counsel for Plaintiffs*

By: /s/ Anthony D. Phillips

Joseph J. Tabacco, Jr., Esq.
jtabacco@bermandevalerio.com
Anthony D. Phillips
aphillips@bermandevalerio.com
One California St., Suite 900
San Francisco, California 94111
Telephone: 415.433.3200
Facsimile: 415.433.6382

| | |
|---|---|
| 1 | Robert J. Axelrod, Esq. |
| | rjaxelrod@pomlaw.com |
| 2 | **POMERANTZ GROSSMAN HUFFORD** |
| | **DAHLSTROM & GROSS LLP** |
| 3 | 600 Third Avenue |
| | New York, New York  10016 |
| 4 | Telephone: 212.661.1100 |
| | Facsimile:  212.661.1373 |
| 5 | |
| | Judd B. Grossman (*Pro Hac Vice*) |
| 6 | jgrossman@grossmanllp.com |
| | **GROSSMAN LLP** |
| 7 | 590 Madison Avenue, 18th Floor |
| | New York, New York  10022 |
| 8 | Telephone:  646.770.7445 |
| | Facsimile:  212.521.4044 |
| 9 | |
| 10 | PATRICK J. PEROTTI (*Pro Hac Vice*) |
| | MICHAEL R. RUDICK (*Pro Hac Vice*) |
| 11 | **DWORKEN & BERNSTEIN CO., L.P.A.** |
| | 60 South Park Place |
| 12 | Painesville, Ohio 44077 |
| | Telephone:  (440) 352-3391 |
| 13 | Facsimile:  (440) 352-3469 |
| 14 | JOHN A. KITHAS |
| | CHRIS D. LAND |
| 15 | **LAW OFFICES OF JOHN A. KITHAS** |
| | One Embarcadero Center, Suite 1020 |
| 16 | San Francisco, California 94111 |
| | Telephone:  (415) 788-8100 |
| 17 | Facsimile:  (415) 788-8001 |

18  I, Penelope A. Preovolos, whose efiling login and password are being used to
19  electronically file this document, do hereby attest that concurrence has been obtained from each of the other Signatories to this document.

20  /s/ Penelope A. Preovolos
21  Penelope A. Preovolos

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  Date: May 28, 2013

24  Hon. Lucy H. Koh
    United States District Judge