<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HERSKOWITZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>   v.<br>APPLE INC.,<br><br>        Defendant. | Case Nos.: 12-CV-02131-LHK<br>             12-CV-03124-LHK<br><br>**ORDER TO MEET AND CONFER AND FILE PROPOSAL FOR REVISED CLASS CERTIFICATION AND BRIEFING SCHEDULE** |
| PHOEBE JUEL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>   v.<br>APPLE INC.,<br><br>        Defendant. | |

On August 7, 2013, the parties in this action filed a Joint Case Management Statement in preparation for the case management conference scheduled for August 14, 2013.  *See* ECF No. 72. In this joint statement, the parties indicate that they would like to discuss with the Court a revised class certification and briefing schedule, and are willing to meet and confer to jointly submit a proposal.  *See id*.  Accordingly, the Court hereby ORDERS the parties to meet and confer and to jointly submit a proposed revised schedule by Tuesday, August 13, 2013, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: August 10, 2013

                                                       *Lucy H. Koh*
                                                      LUCY H. KOH
                                                      United States District Judge