1  Joseph J. Tabacco, Jr. (SBN 75484)
   jtabacco@bermandevalerio.com
2  Christopher T. Heffelfinger (SBN 118058)
   cheffelfinger@bermandevalerio.com
3  Anthony D. Phillips (SBN 259688)
   aphillips@bermandevalerio.com
4  **BERMAN DEVALERIO**
   One California Street, Suite 900
5  San Francisco, California  94111
   Telephone:  415.433.3200
6  Facsimile:  415.433.6382

7  Robert J. Axelrod
   rjaxelrod@pomlaw.com
8  **POMERANTZ HAUDEK**
     **GROSSMAN & GROSS LLP**
9  600 Third Avenue
   New York, New York  10016
10 Telephone:  212.661.1100
   Facsimile:  212.661.8665
11
   Judd B. Grossman (pro hac vice)
12 jgrossman@grossmanllp.com
   **GROSSMAN LLP**
13 405 Park Avenue - 10th Floor
   New York, New York  10022
14 Telephone:  646.770.7445
   Facsimile:  646.417.7997
15
   *Attorneys for Plaintiff Robert Herskowitz*
16
   [*Additional Counsel on Signature Page*]

17                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
18                         **San Jose Division**

19  | | |
|---|---|
| ROBERT HERSKOWITZ, individually and on behalf of all others similarly situated, | Case Nos. 5:12-cv-02131-LHK<br>5:12-CV-03124-LHK |
| Plaintiff,<br>v.<br>APPLE, INC.,<br>Defendants. | **NOTICE OF FILING OF REDACTED SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| PHOEBE JUEL, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>APPLE INC.,<br>Defendant. | Courtroom: 8, 4th Floor, San Jose<br>Hon. Lucy H. Koh |

28

[5:12-cv-02131-LHK; 5:12-CV-03124-LHK]  NOTICE OF FILING OF REDACTED COMPLAINT

1   PLEASE TAKE NOTICE THAT Plaintiffs Robert Herskowitz and Phoebe Juel hereby
2  submit a redacted version of Plaintiffs' Second Amended Consolidated Class Action Complaint,
3  attached hereto as Exhibit 1.  This submission and the redaction that appears in Exhibit 1 are
4  made in accordance with the Court's direction at the August 14, 2013 Case Management
5  Conference, at which the Court ruled on Plaintiffs' May 15, 2013 Administrative Motion
6  Pursuant to Civil Local Rule 79-5(d) to File Documents Designated as Highly Confidential
7  Under Seal (ECF No. 64) ("Sealing Motion") and Defendant Apple Inc.'s Response to the
8  Sealing Motion (ECF No. 67).

9   The redacted version of Plaintiffs' Second Amended Consolidated Class Action
10 Complaint submitted herewith as Exhibit 1 replaces the redacted version lodged with the
11 Sealing Motion on May 15, 2013.

12 Dated: August 15, 2013                     Respectfully submitted,

                                              **BERMAN DEVALERIO**

                                              By:   */s/ Anthony D. Phillips*
                                                    Anthony D. Phillips

                                              Joseph J. Tabacco, Jr.
                                              Christopher T. Heffelfinger
                                              One California St., Suite 900
                                              San Francisco, California  94111
                                              Telephone: 415.433.3200
                                              Facsimile: 415.433.6382
                                              jtabacco@bermandevalerio.com
                                              cheffelfinger@bermandevalerio.com
                                              aphillips@bermandevalerio.com

[5:12-cv-02131-LHK; 5:12-CV-03124-LHK]   NOTICE OF FILING OF REDACTED COMPLAINT

| | |
|---|---|
| 1 | |
| 2 | Robert J. Axelrod, Esq. (*Pro Hac Vice*)<br>**POMERANTZ GROSSMAN HUFFORD**<br>**DAHLSTROM & GROSS LLP** |
| 3 | 600 Third Avenue<br>New York, New York  10016 |
| 4 | Telephone:  212.661.1100<br>Facsimile:  212.661.1373 |
| 5 | Rjaxelrod@Pomlaw.Com |
| 6 | |
| 7 | Judd B. Grossman (*Pro Hac Vice*)<br>**GROSSMAN LLP** |
| 8 | 405 Park Avenue - 10th Floor<br>New York, New York  10022 |
| 9 | Telephone:  646.770.7445<br>Facsimile:  646.417.7997<br>jgrossman@grossmanllp.com |
| 10 | |
| 11 | *Attorneys For Plaintiff Robert Herskowitz* |
| 12 | |
| 13 | Patrick J. Perotti (*Pro Hac Vice*)<br>**DWORKEN & BERNSTEIN CO., L.P.A.** |
| 14 | 60 South Park Place<br>Painesville, Ohio  44077 |
| 15 | Telephone:  440.352.3391<br>Facsimile:  440.352.3469 |
| 16 | |
| 17 | John A. Kithas (SBN 64284)<br>Chris D. Land (SBN 238261) |
| 18 | **LAW OFFICES OF JOHN A. KITHAS**<br>One Embarcadero Center, Suite 1020 |
| 19 | San Francisco, California  94111<br>Telephone:  415.788.8100 |
| 20 | Facsimile:  415.788.8001 |
| 21 | *Attorneys for Plaintiff Phoebe Juel* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[5:12-cv-02131-LHK; 5:12-CV-03124-LHK]   NOTICE OF FILING OF REDACTED COMPLAINT