1  JOSEPH J. TABACCO, JR. (SBN 75484)
   jtabacco@bermandevalerio.com
2  CHRISTOPHER T. HEFFELFINGER (SBN 118058)
   cheffelfinger@bermandevalerio.com
3  ANTHONY D. PHILLIPS (SBN 259688)
   aphillips@bermandevalerio.com
4  BERMAN DEVALERIO
   One California Street, Suite 900
5  San Francisco, California 94111
   Telephone: 415.433.3200
6  Facsimile: 415.433.6382

7  *Liaison Counsel for Plaintiffs*

8  PENELOPE A. PREOVOLOS (SBN 87607)
   PPreovolos@mofo.com
9  TIFFANY CHEUNG (SBN 211497)
   TCheung@mofo.com
10 SUZANNA P. BRICKMAN (SBN 250891)
   SBrickman@mofo.com
11 MORRISON & FOERSTER LLP
   425 Market Street
12 San Francisco, California 94105-2482
   Telephone: 415.268.7000
13 Facsimile: 415.268.7522

14 *Attorneys for Defendant*
   APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HERSKOWITZ, et al., | Case No. 12-CV-02131-LHK |
|  | Case No. 12-CV-03124-LHK |
| PHOEBE JUEL, et al., | **JOINT STIPULATION TO EXTEND APPLE'S TIME TO FILE DECLARATION IN SUPPORT OF FILING UNDER SEAL PURSUANT TO LOCAL RULE 79-5(e)** |
| Plaintiffs, | |
| v. | |
| APPLE INC., | Judge: Hon. Lucy H. Koh |
| Defendant. | |

JOINT STIP. TO EXTEND TIME TO FILE DECLARATION PURSUANT TO LOCAL RULE 79-5(e)
CASE NOS. 5:12-CV-02131-LHK and 5:12-CV-03124-LHK
sf-3387125

1    Plaintiffs Robert Herskowitz and Phoebe Juel ("Plaintiffs") and defendant Apple Inc.
2 ("Apple"), by and through their undersigned counsel, stipulate as follows:

3    WHEREAS, on February 21, 2014, Plaintiffs filed an Administrative Motion to File
4 Under Seal their memorandum in support of their motion for class certification, the declaration of
5 Judd B. Grossman in support thereof ("Grossman Declaration"), and exhibits attached to the
6 Grossman Declaration;

7    WHEREAS, pursuant to Local Rule 79-5(d), on February 21, 2014, Plaintiffs also
8 conditionally filed under seal unredacted copies of their memorandum in support of their motion
9 for class certification and the Grossman Declaration with supporting exhibits, and filed redacted
10 copies in the public record;

11    WHEREAS, as reflected in the redacted copy of Plaintiffs' memorandum in support of
12 class certification, a substantial portion of Plaintiffs' 29-page memorandum references the
13 contents of or quotes from documents produced by Apple that were designated as "Confidential"
14 or "Highly Confidential" under the parties' Stipulated Protective Order (ECF No. 61);

15    WHEREAS, the Grossman Declaration and 65 of the 70 exhibits attached thereto
16 reference the contents of, quote from, or constitute copies of documents produced by Apple that
17 were designated as "Confidential" or "Highly Confidential" under the parties' Stipulated
18 Protective Order;

19    WHEREAS, pursuant to Local Rule 79-5(e), Apple intends to review the portions of
20 Plaintiffs' memorandum in support of class certification and the Grossman Declaration and its
21 supporting exhibits that contain material previously designated as "Confidential" or "Highly
22 Confidential" and to file a declaration as to those portions that it believes are sealable;

23    WHEREAS, Plaintiffs take no position respecting whether any of the material designated
24 by Apple as "Confidential" or "Highly Confidential" is sealable pursuant to Local Rule 79-5;

25    WHEREAS, pursuant to Local Rule 79-5(e), Apple has until February 25, 2014 (four days
26 from Plaintiffs' February 21 filing) to file its declaration to support the sealing;

27    WHEREAS, in light of the large volume of designated material at issue, Apple has
28 requested, and Plaintiffs have no objection to, extending Apple's time to file a declaration as

1  required by Local Rule 79-5(e) to March 7, 2014 to allow sufficient time for Apple's counsel to
2  confer with personnel at Apple to determine which portions of the designated material are
3  sealable and to prepare and file a declaration in support of the sealing of those portions;
4      NOW THEREFORE, the parties stipulate as follows, subject to the Court's approval:
5      • Apple shall have until March 7, 2014, to file and serve a declaration in support of
6        sealing pursuant to Local Rule 79-5(e).
7      IT IS SO STIPULATED.

Dated: February 24 , 2014                **BERMAN DEVALERIO**

By: /s/ Anthony D. Phillips
    Christopher T. Heffelfinger, Esq.
    Joseph J. Tabacco, Jr., Esq.
    jtabacco@bermandevalerio.com
    Anthony D. Phillips
    aphillips@bermandevalerio.com
    One California St., Suite 900
    San Francisco, California  94111
    Telephone:  415.433.3200
    Facsimile:  415.433.6382

*Liaison Counsel for Plaintiffs*

Dated: February 24, 2014                 MORRISON & FOERSTER LLP

By: /s/ Suzanna P. Brickman
    Penelope A. Preovolos, Esq.
    PPreovolos@mofo.com
    Tiffany Cheung, Esq.
    TCheung@mofo.com
    Suzanna P. Brickman, Esq.
    SBrickman@mofo.com
    425 Market Street
    San Francisco, California  94105
    Telephone:  415.268.7000
    Facsimile:  415.268.7522

### ECF ATTESTATION

I, Suzanna P. Brickman, am the ECF User whose ID and Password are being used to file this **JOINT STIPULATION TO EXTEND APPLE'S TIME TO FILE DECLARATION IN SUPPORT OF FILING UNDER SEAL PURSUANT TO LOCAL RULE 79-5(E).**  In

---

JOINT STIP. TO EXTEND TIME TO FILE DECLARATION PURSUANT TO LOCAL RULE 79-5(e)
CASE NOS. 5:12-CV-02131-LHK and 5:12-CV-03124-LHK                                2
sf-3387125

1  compliance with Civil Local Rule 5.1, I hereby attest that Anthony Phillips concurred in this filing.

Dated: February 24, 2014                By:  /s/ Suzanna P. Brickman
                                             Suzanna P. Brickman


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  February 25, 2014               _____
                                        *Lucy H. Koh* (signature)
                                        The Honorable Lucy H. Koh
                                        United States District Judge