| | |
|---|---|
| 1 | JOSEPH J. TABACCO, JR. (SBN 75484) |
| | jtabacco@bermandevalerio.com |
| 2 | CHRISTOPHER T. HEFFELFINGER (SBN 118058) |
| | cheffelfinger@bermandevalerio.com |
| 3 | ANTHONY D. PHILLIPS (SBN 259688) |
| | aphillips@bermandevalerio.com |
| 4 | BERMAN DEVALERIO |
| | One California Street, Suite 900 |
| 5 | San Francisco, California  94111 |
| | Telephone:  415.433.3200 |
| 6 | Facsimile:  415.433.6382 |
| 7 | *Liaison Counsel for Plaintiffs* |
| 8 | PENELOPE A. PREOVOLOS (SBN 87607) |
| | PPreovolos@mofo.com |
| 9 | TIFFANY CHEUNG (SBN 211497) |
| | TCheung@mofo.com |
| 10 | SUZANNA P. BRICKMAN (SBN 250891) |
| | SBrickman@mofo.com |
| 11 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 12 | San Francisco, California  94105-2482 |
| | Telephone:  415.268.7000 |
| 13 | Facsimile:  415.268.7522 |
| 14 | *Attorneys for Defendant* |
| | APPLE INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT HERSKOWITZ, et al., | Case No. 12-CV-02131-LHK |
| | Case No. 12-CV-03124-LHK |
| PHOEBE JUEL, et al., | **JOINT STIPULATION TO EXTEND APPLE'S TIME TO FILE DECLARATION IN SUPPORT OF FILING UNDER SEAL PURSUANT TO LOCAL RULE 79-5(e)** |
| Plaintiffs, | |
| v. | |
| APPLE INC., | |
| Defendant. | Judge:     Hon. Lucy H. Koh |

JOINT STIP. TO EXTEND TIME TO FILE DECLARATION PURSUANT TO LOCAL RULE 79-5(e)
CASE NOS. 5:12-CV-02131-LHK and 5:12-CV-03124-LHK
sf-3391940

1   Plaintiffs Robert Herskowitz and Phoebe Juel ("Plaintiffs") and defendant Apple Inc.
2   ("Apple"), by and through their undersigned counsel, stipulate as follows:

3   WHEREAS, on February 21, 2014, Plaintiffs filed an Administrative Motion to File
4   Under Seal their memorandum in support of their motion for class certification, the declaration of
5   Judd B. Grossman in support thereof ("Grossman Declaration"), and exhibits attached to the
6   Grossman Declaration;

7   WHEREAS, pursuant to Local Rule 79-5(d), on February 21, 2014, Plaintiffs also
8   conditionally filed under seal unredacted copies of their memorandum in support of their motion
9   for class certification and the Grossman Declaration with supporting exhibits, and filed redacted
10  copies in the public record;

11  WHEREAS, as reflected in the redacted copy of Plaintiffs' memorandum in support of
12  class certification, a substantial portion of Plaintiffs' 29-page memorandum references the
13  contents of or quotes from documents produced by Apple that were designated as "Confidential"
14  or "Highly Confidential" under the parties' Stipulated Protective Order (ECF No. 61);

15  WHEREAS, the Grossman Declaration and 65 of the 70 exhibits attached thereto
16  reference the contents of, quote from, or constitute copies of documents produced by Apple that
17  were designated as "Confidential" or "Highly Confidential" under the parties' Stipulated
18  Protective Order;

19  WHEREAS, pursuant to Local Rule 79-5(e), Apple continues to review the portions of
20  Plaintiffs' memorandum in support of class certification and the Grossman Declaration and its
21  supporting exhibits that contain material previously designated as "Confidential" or "Highly
22  Confidential" and intends to file a declaration as to those portions that it believes are sealable;

23  WHEREAS, Plaintiffs take no position respecting whether any of the material designated
24  by Apple as "Confidential" or "Highly Confidential" is sealable pursuant to Local Rule 79-5;

25  WHEREAS, pursuant to the Court's February 25, 2014 order (Dkt. No. 116), Apple has
26  until March 7, 2014 to file its declaration to support the sealing;

27  WHEREAS, in light of the large volume of designated material at issue, Apple has
28  requested, and Plaintiffs have no objection to, extending Apple's time to file a declaration as

required by Local Rule 79-5(e) to March 11, 2014 to allow sufficient time for Apple's counsel to confer with personnel at Apple to determine which portions of the designated material are sealable and to prepare and file a declaration in support of the sealing of those portions;

NOW THEREFORE, the parties stipulate as follows, subject to the Court's approval:

- Apple shall have until March 11, 2014, to file and serve a declaration in support of sealing pursuant to Local Rule 79-5(e).

IT IS SO STIPULATED.

Dated: March 7 , 2014    **BERMAN DEVALERIO**

By:  /s/ Anthony D. Phillips
     Christopher T. Heffelfinger, Esq.
     Joseph J. Tabacco, Jr., Esq.
     jtabacco@bermandevalerio.com
     Anthony D. Phillips
     aphillips@bermandevalerio.com
     One California St., Suite 900
     San Francisco, California  94111
     Telephone:  415.433.3200
     Facsimile:  415.433.6382

*Liaison Counsel for Plaintiffs*

Dated: March 7, 2014    MORRISON & FOERSTER LLP

By:  /s/ Suzanna P. Brickman
     Penelope A. Preovolos, Esq.
     PPreovolos@mofo.com
     Tiffany Cheung, Esq.
     TCheung@mofo.com
     Suzanna P. Brickman, Esq.
     SBrickman@mofo.com
     425 Market Street
     San Francisco, California  94105
     Telephone:  415.268.7000
     Facsimile:  415.268.7522

### ECF ATTESTATION

I, Suzanna P. Brickman, am the ECF User whose ID and Password are being used to file this **JOINT STIPULATION TO EXTEND APPLE'S TIME TO FILE DECLARATION IN SUPPORT OF FILING UNDER SEAL PURSUANT TO LOCAL RULE 79-5(E).**  In

JOINT STIP. TO EXTEND TIME TO FILE DECLARATION PURSUANT TO LOCAL RULE 79-5(e)
CASE NOS. 5:12-cv-02131-LHK and 5:12-cv-03124-LHK
sf-3391940

2

compliance with Civil Local Rule 5.1, I hereby attest that Anthony Phillips concurred in this filing.

Dated: March 7, 2014                              By:   /s/ Suzanna P. Brickman
                                                         Suzanna P. Brickman

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March 10, 2014                            ___*Lucy H. Koh*___
                                                  The Honorable Lucy H. Koh
                                                  United States District Judge

---

JOINT STIP. TO EXTEND TIME TO FILE DECLARATION PURSUANT TO LOCAL RULE 79-5(e)
CASE NOS. 5:12-cv-02131-LHK and 5:12-cv-03124-LHK                                3
sf-3391940