1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11   ROBERT HERSKOWITZ, individually and on )   Case Nos.: 12-CV-02131-LHK; 12-CV-
     behalf of all others similarly situated,       )   03124-LHK
12                                                  )
                            Plaintiff,              )
13        v.                                        )   **ORDER DIRECTING PARTIES TO**
                                                    )   **FILE AN UPDATED JOINT CASE**
14   APPLE INC.,                                    )   **MANAGEMENT STATEMENT**
                                                    )
15                          Defendant.              )
                                                    )
16                                                  )
     PHOEBE JUEL, individually and on behalf of all )
17   others similarly situated,                     )
                                                    )
18                          Plaintiff,              )
          v.                                        )
19                                                  )
     APPLE INC.,                                    )
20                                                  )
                            Defendant.              )
21                                                  )

22

23        Pursuant to the Court's most recent Case Management Order, on March 5, 2014, the parties

24   filed a Joint Case Management Statement describing the parties' progress in resolving the

25   discovery disputes raised at the February 6, 2014 CMC. The parties are hereby ORDERED to file a

26   further Joint Case Management Statement by Monday, March 10, 2014, at 6 p.m. In the Statement

27   the parties shall inform the Court whether: (1) Plaintiffs intend to serve amended interrogatory

28   responses identifying the correct computers and devices on which Plaintiff Herskowitz

     downloaded, played, or stored the song at issue; or (2) Plaintiffs will produce the iPhone for

                                                1

United States District Court
For the Northern District of California

inspection by Apple's experts. The parties shall state when such amended interrogatory responses will be served, or when production of the iPhone will occur. The parties shall also inform the Court of any other outstanding discovery disputes relating to the production and inspection of Plaintiffs' devices and computers.

**IT IS SO ORDERED.**

Dated: March 10, 2014

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case Nos.: 12-CV-02131-LHK and 12-CV-03124-LHK
CASE MANAGEMENT AND MINUTE ORDER