UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HERSKOWITZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case Nos.: 12-CV-02131-LHK<br>      12-CV-03124-LHK<br><br>ORDER GRANTING MOTION TO SEAL |
| PHOEBE JUEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>APPLE, INC.,<br><br>    Defendant. | |

    Defendant Apple, Inc. ("Apple") has filed a renewed request to seal portions of the depositions of Colin Meldrum and Kishore Karkera. ECF No. 208; *see also* ECF No. 201 (denying without prejudice Apple's previous motion to seal these witnesses' depositions). The Court finds that Apple's renewed request is narrowly tailored to cover only confidential and commercially sensitive business information related to iTunes' internal technical functionality. This information is sealable under Civil Local Rule 79-5 and *Kamakana v. City & County of Honolulu*, 447 F.3d

1

Case Nos.: 12-CV-02131-LHK; 12-CV-03124-LHK
ORDER GRANTING MOTION TO SEAL

1172, 1178 (9th Cir. 2006). Accordingly, Apple's request to file portions of these documents under seal is GRANTED.

**IT IS SO ORDERED.**

Dated: September 15, 2014

_____
LUCY H. KOH
United States District Judge

Case Nos.: 12-CV-02131-LHK; 12-CV-03124-LHK
ORDER GRANTING MOTION TO SEAL