UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HERSKOWITZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>  v.<br>APPLE, INC.,<br><br>                Defendant. | Case Nos.: 12-CV-02131-LHK<br>           12-CV-03124-LHK<br><br>ORDER APPROVING STIPULATED DISMISSAL |
| PHOEBE JUEL, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>  v.<br>APPLE, INC.,<br><br>                Defendant. | |

The Court hereby approves the stipulated dismissal filed by the parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. *See* ECF No. 212.

The claims alleged on behalf of Plaintiff Herskowitz as an individual and on behalf of Plaintiff Juel as an individual are hereby DISMISSED WITH PREJUDICE. The claims alleged on behalf of the putative classes are hereby DIMISSED WITHOUT PREJUDICE.

The Clerk shall close the case file.

1

Case Nos.: 12-CV-02131-LHK; 12-CV-03124-LHK
ORDER APPROVING STIPULATED DISMISSAL

**IT IS SO ORDERED.**

Dated: October 9, 2014



LUCY H. KOH
United States District Judge